## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCUS JOHNSON,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 25-CV-3874** |
| | : | |
| **RAEPH LAUGHINGWELL,** *et al..* | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 23rd   day of July 2026, upon consideration of Defendants Raeph Laughingwell, Aaron Weaver, Kevin Cassano, and Marlin Hoskinson's motion to dismiss (ECF No. 18), Plaintiff Marcus Johnson's response in opposition thereto (ECF No. 20), and Defendant's reply thereon (ECF No. 21), it is hereby **ORDERED** that:

1.      The motion to dismiss is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

2.      The Complaint is **DISMISSED,** with prejudice.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.


**BY THE COURT:**


/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*